O

# United States District Court
# Central District of California

| | |
|---|---|
| QUAD/GRAPHICS, INC.,<br><br>                    Plaintiff,<br>       v.<br>GCIU-EMPLOYER RETIREMENT FUND,<br><br>                    Defendant. | Case No.: 2:16-cv-03418-ODW-AFM<br><br>**ORDER CONSOLIDATING CASES** |
| GCIU-EMPLOYER RETIREMENT FUND,<br><br>                    Plaintiff,<br>       v.<br>QUAD/GRAPHICS, INC.,<br><br>                    Defendant. | Case No.: 2:16-cv-03391-ODW-AFM<br>[Lead Case] |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court hereby **CONSOLIDATES** the following two cases:

(1) *GCIU-Employer Retirement Fund v. Quad/Graphics, Inc.*, Case No. 2:16-cv-03391 – **LEAD CASE**;

(2) *Quad/Graphics, Inc. v. GCIU-Employer Retirement Fund*, Case No. 2:16-cv-03418;

All documents concerning either action should be filed in the **LEAD CASE** only.

**IT IS SO ORDERED.**

August 16, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**